18-11852

AAdvantage
P.O. Box 13337
Philadelphia, PA 19101-3337

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Black Card
P.O. Box 13337
Philadelphia, PA 19101-3337

Capital One
P.O. Box 71083
Charlotte, NC 28272-1083

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

Dimitrios Oikonomopoulos
129-19 7th Ave
College Point, NY 11356

Discover
P.O. Box 71084
Charlotte, NC 28272-1084

Rigel Shaholli
32 Broadway
Suite 1818
New York, NY 10004

Yannis Bonikos
2403 Ditmars Blvd
Apartment 2R
Astoria, NY 11105