Certificate Number: 14912-NYS-DE-031632504

Bankruptcy Case Number: 18-11852



14912-NYS-DE-031632504

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 18, 2018</u>, at <u>11:51</u> o'clock <u>AM EDT</u>, <u>Panos Seretis</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of New York</u>.

Date:   <u>September 18, 2018</u>         By:   <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title: <u>Counselor</u>