LAW OFFICES OF
# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

December 4, 2018

| | | |
|---|---|---|
| TO: | Attorneys for Debtor and Debtors | Case Nos. |
| FROM: | Robert L. Geltzer | |
| RE: | Michael Neil Schwartz | 15-12746 (MKV) |
| | David Miller | 17-10001 (SHL) |
| | Miguel Garcia | 18-10229 (MG) |
| | Roland Wall and Maryam Wall | 18-11480 (MEW) |
| | Panos Papadopoulos Seretis | 18-11852 (JLG) |
| | Nkenge Scott | 18-11927 (CGM) |
| | Michael Cacioppo Belantara | 18-12343 (SHL) |
| | Allen Rey | 18-12809 (SMB) |
| | Ronald Thomas Seaborn | 18-12812 (MKV) |
| | Miguel A. Suarez-Romero | 18-12818 (JLG) |
| | Toribia Bernandez | 18-13162 (SMB) |
| | Agnes R. Bonney | 18-13179 (SHL) |
| | Rafael Cornelio Reyes | 18-13181 (MEW) |
| | Joselyn Henriquez de Liriano | 18-13185 (MKV) |

BE ADVISED THAT THE ADJOURNED 341 MEETING PREVIOUSLY SET FOR DECEMBER 18, 2018 AT 9:00 A.M., IS <u>CHANGED TO:</u>

<u>FRIDAY, DECEMBER 21, 2018 AT 9:00 A.M.</u>

AT THE SAME VENUE, I.E., ONE BOWLING GREEN, 5TH FLOOR.

Very truly yours,

Robert L. Geltzer

RLG:ayh

cc:   Linda A. Riffkin, Esq.
      Guy A. Van Baalen, Esq.
      ECF Clerk