UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

PANOS SERETIS,

Debtor.

Chapter 7

Case No. 18-11852-JLG-7

### AFFIDAVIT IN SUPPORT OF SUBSTITUTION OF COUNSEL

Katherine R. Catanese, being duly sworn, deposes and says:

I am a member of the Bar of this Court and am a senior counsel with the law firm Foley & Lardner LLP.

I make this affidavit pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern District of New York, in support of the substitution of Foley & Lardner LLP as attorneys of record for Debtor PANOS SERETIS.

Mr. Seretis, seeks to substitute Foley & Lardner as his counsel. As set forth in the accompanying Stipulation and Order for Substitution of Counsel, Mr. Seretis's present counsel consents to the substitution of Foley & Lardner LLP herein.

Dated: New York, New York
December 13, 2018

_____
Katherine R. Catanese