# United States Bankruptcy Court
### Southern District of New York

In re  **Panos Papadopoulos Seretis**                                          Case No.  **18-11852-jlg**

Debtor(s)                                                Chapter  **7**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of:

- Amended Schedule E/F [ECF 38]

to be served via U.S. Mail on January 24, 2019 upon the parties removed from Amended Schedule E/F (D.E. 38)[1]:

George Monoyos
449 Jericho Turnpike
Mineola, NY 11501

Michael Maragopoulos
449 Jericho Turnpike
Mineola, NY 11501

854 Humboldt Street
Re: 98 Berry Street
Brooklyn, NY 11222

*/s/ Katherine R. Catanese*
**Katherine R. Catanese
Foley & Lardner - New York
90 Park Avenue
New York, NY 10016-1314
212-682-7474 Fax:212-687-2329
kcatanese@foley.com**

---

[1] The Amended Schedules did not add any unsecured creditors. Instead, the Amended Schedules removed three unsecured creditors.