UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:

     PANOS PAPADOPOULOS SERETIS,

              Debtor.

**AFFIDAVIT OF FACT**

Case No. 18-11852-JLG
Chapter 7

STATE OF OHIO       )
                 ) SS:
COUNTY OF FRANKLIN  )

*Jennifer Walden*, being duly sworn, deposes and says:

1.     I am employed as a bankruptcy specialist of BMW Financial Services NA, LLC, service provider for Financial Services Vehicle Trust (hereinafter "FSVT")

2.     I have direct access to and am familiar with the facts and circumstances set forth in this Affidavit by reason of the examination of the books and records maintained by FSVT in the ordinary course of business.

3.     A review of the records maintained by FSVT reveals that the debtor is in default of their payment obligations to FSVT in that as of February 9, 2019, there were outstanding payments of $355.51 for the months of July, 2018 through January, 2019, totaling $2,488.57. As February 9, 2019, the current balance due was $30,364.54. Based upon the foregoing default in payment, FSVT seeks relief from the automatic stay so that it may obtain possession of and liquidate the property, one (1) 2016 BMW X1 Utility 4D 28i AWD.

4.     I have read the Motion for Relief from Automatic Stay and attest to the allegations set forth therein.

4

WHEREFORE, your deponent respectfully requests that the Court grant Financial

Services Vehicle Trust's Motion for Relief from Automatic Stay; and for such other and further

relief as to the Court may seem just and proper.

*Jennifer Walden*

Sworn to before me on this 13 day of
February, 2019

_____
Notary Public, State of Ohio

Christine Hickman
NOTARY PUBLIC - OHIO
My Commission Expires
8-25-20

5