UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In Re:                                          Case No. 18-11852-jlg
                                                (Chapter 7)
    PANOS PAPADOPOULOS SERETIS,

    Debtor.

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          ) SS:
COUNTY OF ALBANY  )

    Brittany N. Tate being duly sworn, deposes and says she is over the age of 18 years, is not a party to this action and resides in Ballston Spa, New York.

    On the 22nd day of February, 2019, I served a copy of Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order), upon the following parties who have either requested service by electronic means or are deemed to have requested same, in accordance with FRBP 9036, as hereinafter set forth:

Katherine R. Catanese, Esq.
(Attorney for Debtor)
Foley & Lardner LLP
90 Park Ave, 29th Floor
New York, NY 10016
kcatanese@foley.com

Robert Geltzer, Esq. (Trustee)
1556 Third Avenue, Suite 505
New York, New York 10128
rgeltzer@ecf.epiqsystems.com

United States Trustee (Southern District of New York)
201 Varick Street, Room 1006
New York, New York 10014

Douglas Varacalli
Varacalli & Hamra, LLP
32 Broadway
Ste 1818
NEW YORK
NEW YORK, NY 10004
dvaracalli@vhllp.com
(Attorney for Creditor)

3

Robert A. Wolf
Tarter Krinsky & Drogin LLP
1350 Broadway
11th Floor
New York, NY 10018
rwolf@tarterkrinsky.com
(Attorney for Trustee)

Anthony R Portesy
Varacalli & Hamra, LLP
32 Broadway
Suite 1818
New York
New York, NY 10004
aportesy@vhllp.com
(Attorney for Creditor)

and upon the following parties whose name(s) are hereinafter set forth by depositing a true and correct copy of the Notice of Motion and Motion for Relief from Automatic Stay Pursuant to 11 U.S.C. §362(d)(1) (with attached proposed Order) properly enclosed in post-paid wrapper in the Official depository maintained and exclusively controlled by the United States Post Office, which copy is directed to said parties at the address set after their respective names, that being the address within the state designated by them for that purpose, to wit:

Panos P Seretis
162 W 54th Street
10D
New York, NY 10019

Foodoni 23 Corp. (Party in Interest)
2619 23rd Ave
Astoria, New York 11105

United States Trustee (Southern District of New York)
201 Varick Street, Room 1006
New York, New York 10014

*Brittany N. Tate*

Sworn to before me on this 22nd day of February, 2019

*Georgia C Visconti*
Notary Public, State of New York

GEORGIA C. VISCONTI
Notary Public, State of New York
No. 01VI9010150
Qualified in Saratoga County
Commission Expires 3/30/22

4