# SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LLP

*Attorneys and Counselors at Law*

---

950 New Loudon Road, Suite 109, Latham, NY 12110-2100
(518) 786-9069   Fax: (518) 786-1246*
*Not For Service of Any Litigation Papers
(ALL REPLIES TO LATHAM OFFICE)

March 15, 2019

Hon. James L. Garrity
One Bowling Green
New York, New York  10004

    Re:    Panos Papadopoulos Seretis
           Case No. 18-11852-jlg (Chapter 7)
           Our File No. 18-08587

Dear Judge Garrity:

    On behalf of our client BMW Financial Services NA, LLC, a Motion for Relief from the Automatic Stay was filed and is returnable on March 19, 2019.

    This letter is to inform you that this matter has been settled by Consent Order.  Our office will forward the proposed Consent Order to the Court under separate cover upon its completion.

    I thank the Court for its kind attention in this matter.  Should the Court have any questions or require anything further, please do not hesitate to contact our office.

                                  Respectfully,
                                  Schiller, Knapp, Lefkowitz & Hertzel, LLP

                                  */s/ John M. Dubuc*
                                  John M. Dubuc, Esq.

JMD/blf

cc:   Katherine R. Catanese, Esq. (Debtor's Counsel)
      Robert Geltzer, Esq. (Trustee)

---

Buffalo Office:  200 John James Audubon Parkway, Suite 202, Amherst, NY 14228   (518) 786-9069
Vermont Office:  PO Box 872, 5527 Main Street, Waitsfield, VT 05673   (802) 225-8351
New Jersey Office: 30 Montgomery Street, Suite 1205, Jersey City, NJ 07302 (518) 786-9069
*Jaclyn C. Clemmer, Esq. is admitted to practice in NY and NJ and is the responsible attorney for the law firm's NJ office.*

Schiller, Knapp, Lefkowitz & Hertzel, LLP, is an LLP formed in the State of New York