**EXHIBIT C**

**Attorney Certification**

4828-8723-8794.7

FOLEY & LARDNER LLP
Katherine R. Catanese
90 Park Avenue
29th Floor
New York, NY 10016-1314
Telephone: (212) 338-3566
Facsimile: (212) 687-2329
Email: kcatanese@foley.com
*Counsel for Panos Seretis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

PANOS PAPADOPOULOS SERETIS

        Debtor.

Chapter 7

Case No. 18-11852-JLG

YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI
AND DIMITIRIOS OIKONOMOPOULOS,

        Plaintiff,

-against-

PANOS SERETIS,

        Defendant.

Adv. Pro. No. 18-01637-JLG

### CERTIFICATION IN SUPPORT OF MOTION OF PANOS SERETIS FOR APPROVAL OF SETTLEMENT OF ADVERSARY PROCEEDING

I hereby certify pursuant to Local Rule 4007-2(a), that no consideration has been promised or given, directly, or indirectly for the withdrawal of the section 727 claim in the above captioned Adversary Proceeding.

Dated: March 22, 2019        Respectfully Submitted,

4814-3283-9054.1

*/s/ Katherine R. Catanese*

Katherine R. Catanese

Foley & Lardner - New York
90 Park Avenue
New York, NY 10016-1314
212-682-7474Fax:212-687-2329
kcatanese@foley.com

2

4814-3283-9054.1