**EXHIBIT D**

**Proposed Order**

4828-8723-8794.7

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

PANOS PAPADOPOULOS SERETIS

           Debtor.

Chapter 7

Case No. 18-11852-JLG

YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI
AND DIMITIRIOS OIKONOMOPOULOS,

           Plaintiff,

-against-

PANOS SERETIS,

           Defendant.

Adv. Pro. No. 18-01637-JLG

## ORDER GRANTING MOTION OF DEBTOR FOR APPROVAL OF SETTLEMENT

Upon consideration of the *Motion for Approval of Settlement* (the "Motion")[1] filed in the above-captioned Chapter 11 Case, and the Court having jurisdiction to consider the issues and the relief requested pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the issues and the requested relief being a core proceeding that the Bankruptcy Court can determine pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice having been provided; and it

---

[1] Capitalized terms used, but not otherwise defined herein, shall have the meanings ascribed to them in the Motion.

appearing that no other or further notice need be provided; and the Court having reviewed the Motion; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Debtor is authorized to enter into the Settlement and sign the Settlement.

3. The Settlement, as described in the Motion, is approved in its entirety, and the Parties are authorized to perform their respective duties and obligations thereunder.

4. The section 523 and section 727 counts are withdrawn and the Adversary proceeding is dismissed.

5. This Court retains jurisdiction with respect to all matters arising from, based upon or related to the implementation of this Order.

Dated:  April __, 2019

_____

Hon. James L. Garrity