**Hearing Date: April 16, 2019 at 10:00 a.m.**
**Objection Deadline: April 9, 2019 at 4:00 p.m.**

FOLEY & LARDNER LLP
Katherine R. Catanese
90 Park Avenue
29th Floor
New York, NY 10016-1314
Telephone: (212) 338-3566
Facsimile: (212) 687-2329
Email: kcatanese@foley.com
*Counsel for Panos Seretis*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | |
| PANOS PAPADOPOULOS SERETIS | Chapter 7 |
| Debtor. | Case No. 18-11852-JLG |
| YANNIS (IOANIS) BONIKOS, RIGEL SHAHOLLI AND DIMITIRIOS OIKONOMOPOULOS, | |
| Plaintiff, | Adv. Pro. No. 18-01637-JLG |
| -against- | |
| PANOS SERETIS, | |
| Defendant. | |

### NOTICE OF HEARING ON MOTION OF PANOS SERETIS FOR APPROVAL OF SETTLEMENT OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE**, that on **April 16, 2019 at 10:00 a.m**., a hearing will be held in the above-referenced case before the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court, Courtroom 601, One Bowling Green, New York, New York 10004 to consider the *Motion of Panos Seretis for Approval of Settlement of Adversary Proceeding* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that additional copies of the Motion can be viewed and obtained by accessing the Court's website at http://nysb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion (the "**Objection**") must be in writing, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and must be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://nysb.uscourts.gov) and (b) by all other parties in interest, in accordance with the General Order M-399, to the extent applicable, and served on Foley & Lardner LLP, 90 Park Avenue, New York, NY 10016, Attn: Katherine R. Catanese, so as to be filed and received no later than **April 9, 2019 at 4:00 p.m.** (**Eastern Time**) (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, Foley may, on or after the Objection Deadline, submit to the Bankruptcy Court an order approving the Motion, which order may be entered with no further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the hearing, and failure to appear may result in relief being granted or denied upon default.

Dated: New York, New York
March 22, 2019

                **FOLEY & LARDNER LLP**

                */s/ Katherine R. Catanese*
                Katherine R. Catanese
                **FOLEY & LARDNER LLP**
                90 Park Avenue
                New York, NY 10016-1314

4815-0934-6698.2

Telephone: 212-682-7474
Facsimile: 212-687-2329
E: kcatanese@foley.com

*Counsel to Panos Seretis*

4815-0934-6698.2