# Notice Recipients

District/Off: 0208−1        User:                    Date Created: 5/31/2019
Case: 18−11852−jlg          Form ID: 318             Total: 54

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
| | | |
|---|---|---|
| cr | Financial Services Vehicle Trust | |
| 7369600 | Dimitrios Oikonomopoulos | |
| 7369607 | Rigel Shaholli | |
| 7440034 | Varacalli & Hamra LLP, 32 Broadway NY NY 10004 Sui | |
| 7369612 | Yanni Bonikos | |

                                                                          TOTAL: 5

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| tr | Robert L. Geltzer | trusteegeltzer@geltzerlaw.com |
| aty | Anthony R Portesy | aportesy@vhllp.com |
| aty | Douglas Varacalli | Douglas.Varacalli.Esq@gmail.com |
| aty | John M Dubuc | jdubuc@schillerknapp.com |
| aty | Katherine R. Catanese | kcatanese@foley.com |
| aty | Robert A. Wolf | rwolf@tarterkrinsky.com |
| aty | Robert L. Geltzer | trusteegeltzer@geltzerlaw.com |

                                                                          TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Panos Papadopoulos Seretis | 162 W 54th Street | 10D | New York, NY 10019 |
| cr | BMW Financial Services | AIS Portfolio Services, LP | 4515 N Santa Fe Ave    Dept APS | Oklahoma City, OK 73118 |
| unk | Rigel Shaholli | 1875 Harman St | Ridgewood | |
| unk | Ioanis Bonikos | 24−03 Ditmars Blvd | Apt 2R | Astoria |
| cr | Dimitrios Oikonomopoulos | 38−22 crescent St | 1st Fl | Queens |
| 7358953 | AAdvantage | P.O. Box 13337 | Philadelphia, PA 19101−3337 | |
| 7369594 | Aadvantage | P.O. Box 13337 | Philadelphia, PA 19101−3337 | |
| 7358954 | American Express | P.O. Box 1270 | Newark, NJ 07101−1270 | |
| 7369595 | American Express | P.O. Box 1270 | Newark, NJ 07101−1270 | |
| 7499166 | American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 |
| 7463339 | BMW Financial Services NA, LLC | 4515 N Santa Fe Ave. Dept. APS | Oklahoma City, OK 73118 | |
| 7366968 | BMW Financial Services NA, LLC | AIS Portfolio Services, LP | 4515 N. Santa Fe Ave. Dept APS | Oklahoma City, OK 73118 |
| 7369597 | BMW of North America, LLC | 300 Chestnut Ridge Road | Wodcliffe Lake, NJ 07677−7731 | |
| 7358955 | Black Card | P.O. Box 13337 | Philadelphia, PA 19101−3337 | |
| 7369596 | Black Card | P.O. Box 13337 | Philadelphia, PA 19101−3337 | |
| 7358956 | Capital One | P.O. Box 71083 | Charlotte, NC 28272−1083 | |
| 7369598 | Capital One | P.O. Box 71083 | Charlotte, NC 28272−1084 | |
| 7466226 | Capital One Bank (USA), N.A. | by American InfoSource as agent | 4515 N Santa Fe Ave | Oklahoma City, OK 73118 |
| 7358957 | Chase | P.O. Box 15123 | Wilmington, DE 19850−5123 | |
| 7369599 | Chase | P.O. Box 15123 | Wilmington, DE 19850−5123 | |
| 7358958 | Dimitrios Oikonomopoulos | 129−19 7th Ave | College Point, NY 11356 | |
| 7372602 | Dimitrios Oikonopoulos | 38−22 Crescent St, 1st Fl | Queens, NY 11101 | |
| 7358959 | Discover | P.O. Box 71084 | Charlotte, NC 28272−1084 | |
| 7369601 | Discover | P.O. Box 71084 | Charlotte, NC 28272−1084 | |
| 7456297 | Discover Bank | Discover Products Inc | PO Box 3025 | New Albany, OH 43054−3025 |
| 7372603 | Ioanis Bonikos | 24−03 Ditmars Blvd. Apt 2R | Queens, NY 11105 | |
| 7507746 | M&T BANK | PO BOX 1508 | BUFFALO, NY 14240 | |
| 7369603 | M&T Bank | P.O. Box 62014 | Baltimore, MD 21264−2014 | |
| 7369605 | New York City Department of Health & Mental Hygien | 42−09 28th St | Long Island City, NY 11101 | |
| 7460135 | New York State Department of Taxation & Finance | Bankruptcy Section | P O Box 5300 | Albany New York 12205−0300 |
| 7369672 | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| 7506063 | PYOD, LLC | Resurgent Capital Services | PO Box 19008 | Greenville, SC 29602 |
| 7369606 | Quest Diagnostics | 500 Plaza Drive | Secaucus, NJ 07094 | |
| 7372604 | Rigel Shaholli | 1875 Harman St | Queens, NY 11385 | |
| 7358960 | Rigel Shaholli | 32 Broadway    Suite 1818 | New York, NY 10004 | |
| 7369608 | Synchrony Bank | P.O. Box 960061 | Orlando, FL 32896−0061 | |
| 7369609 | T−Mobile | P.O. Box 742596 | Cincinnati, Ohio 45274−2596 | |
| 7372865 | Varacalli & Hamra, LLP | Attn: Douglas Varacalli | 32 Broadway, Ste 1818 | New York, NY 10004 |
| 7369610 | W54−7 LLC. | 2207 Coney Island Avenue | Brooklyn, NY 11223 | |
| 7369611 | Westside GI | P.O. Box 28166 | New York, NY 10087 | |
| 7358961 | Yannis Bonikos | 2403 Ditmars Blvd | Apartment 2R | Astoria, NY 11105 |

TOTAL: 41